FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 01 2011 ★

LONG ISLAND OFFICE

## CALENDAR MINUTES
## ON GRAND JURY PRESENTMENT

Before Magistrate Judge __Lindsay__   Date __12/1/11__

CR-11 0803

The Grand Jury of ___October 18, 2011___ handed up

__2__ Indictment(s) which were ordered filed by the Court.
(number)

FEUERSTEIN

__0__ Indictment(s) were ordered sealed by the Court.
(number)

BOYLE, M

__0__ Bench Warrants were ordered by the Court.
(number)

CR-11 0804

The Grand Jury thereupon

__✓__ returned for further deliberation.

_____ having completed its business, was dismissed with the thanks of the Court.

WEXLER, J

Douglas C. Palmer
Clerk of the Court

BROWN, M.J.

_____
Deputy Clerk