# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D N.Y
★ DEC 01 2011 ★
LONG ISLAND OFFICE

USAO# 2011R01898

1. Title of Case: United States V. MICHAEL MARANDA

2. Related Magistrate Docket Number(s) M-11-1089

3. Arrest Date: 11/13/11    None ( )

   CR-11 0804

4. Nature of offense(s):  X  Felony
                          ☐  Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): N/A

6. Projected Length of Trial:  Less than 6 weeks  ( X )
                               More than 6 weeks  ( )

   BROWN, M.J.

7. County in which crime was allegedly committed: Nassau/Suffolk
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?         ( ) Yes  ( X ) No

9. Have arrest warrants been ordered?               (X) Yes  (✓) No

10. Is a capital count included in the indictment?  ( ) Yes  ( X ) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

1   By: *[signature]*
        Raymond A. Tierney
        Assistant U.S. Attorney
        (631) 715-7849

Rev. 10/01/03

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 01 2011 ★

LONG ISLAND OFFICE

USAO# 2011R01898

1. Title of Case: __United States V. PAUL GOMES__

2. Related Magistrate Docket Number(s) __M-11-1089__

   None ( )

3. Arrest Date: __11/13/11__

   CR-11 0804

4. Nature of offense(s):  X   Felony
                          ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): __N/A__

   __BROWN, M. J.__

6. Projected Length of Trial:   Less than 6 weeks   ( X )
                                 More than 6 weeks   ( )

7. County in which crime was allegedly committed: __Nassau/Suffolk__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?            ( ) Yes   ( X ) No

9. Have arrest warrants been ordered?                  (X) Yes   (✓) No

10. Is a capital count included in the indictment?      ( ) Yes   ( X ) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

1        By:   _[signature]_
               Raymond A. Tierney
               Assistant U.S. Attorney
               (631) 715-7849

Rev. 10/01/03

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y
★ DEC 01 2011 ★

USAO# 2011R01898

LONG ISLAND OFFICE

1. Title of Case: United States V. RUSSELL ALGAZE

2. Related Magistrate Docket Number(s) M-11-1089

   None ( )

   CR-11 0804

3. Arrest Date: 11/13/11

4. Nature of offense(s):  X  Felony
                          ☐  Misdemeanor

   WEXLER, J

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): N/A

   BROWN, M. J.

6. Projected Length of Trial:  Less than 6 weeks  ( X )
                               More than 6 weeks  ( )

7. County in which crime was allegedly committed: Nassau/Suffolk
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?        ( ) Yes  ( X ) No

9. Have arrest warrants been ordered?              (X) Yes  ( ✓ ) No

10. Is a capital count included in the indictment? ( ) Yes  ( X ) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

1       By: _____
            Raymond A. Tierney
            Assistant U.S. Attorney
            (631) 715-7849

Rev. 10/01/03