# CRIMINAL CAUSE
# FOR ARRAIGNMENT

**BEFORE: WEXLER, J.**        **DATE: DECEMBER 9, 2011**        **TIME:   11:00 A.M.**

**DOCKET #:   CR 11-00804**                                **TOTAL TIME: 1 HR**

**TITLE:**        **USA**        **V.**        **MICHAEL MARANDA-01(BAIL)**
                                            **PAUL GOMEZ-02 (BAIL)**
                                            **RUSSELL ALGAZE-03 (BAIL)**

**APPEARANCES:**

| | |
|---|---|
| **GOV'T:** | **RAYMOND TIERNEY, AUSA** |
| **DEFT MARANDA** | **TERRENCE BUCKLEY, ESQ (CJA)** |
| **DEFT GOMEZ** | **TRACEY GAFFEY, ESQ (FD)** |
| **DEFT ALGAZE** | **PATRICK O'CONNELL, ESQ (RET.)** |
| **COURT REPORTER:** | **PAUL LOMBARDI** |

CASE CALLED.

FIRST APPEARANCE OF DEFTS -

DEFTS APPEAR WITH COUNSEL.

DEFTS ARRAIGNED.

DEFTS WAIVED READING OF THE INDICTMENT.

DEFT STATES TRUE NAME - AS STATED ABOVE.

DEFT ENTERS A PLEA OF NOT GUILTY TO THE INDICTMENT.

DEFT WAIVED SPEEDY TRIAL.  WAIVER EXECUTED.

BAIL CONTINUED.

CASE ADJOURNED TO JANUARY 30, 2011 @ 11:00 A.M.  FOR FURTHER STATUS CONFERENCE.

PROCEEDING CONCLUDED.