**Federal Defenders**
OF NEW YORK, INC.

Eastern District
Long Island Federal Courthouse
770 Federal Plaza, Central Islip, NY 11722-4422
Tel: (631) 712-6500  Fax: (631) 712-6505

David E. Patton
Executive Director

Long Island
Randi L. Chavis
Attorney-in-Charge

December 22, 2011

The Honorable Leonard D. Wexler
United States District Court Judge
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

      Re:  United States v. Russel Algaze
           Criminal Docket No. 11 CR 804

Dear Judge Wexler:

I represent Russel Algaze on the above captioned case. Mr. Algaze respectfully requests permission to travel on December 24th thru the 25th from 5:00 p.m. to 3:00 a.m. to spend the Christmas holiday with his family in Brooklyn, New York.

I have spoken to AUSA Raymond Tierney who has no objection to this request.

                           Respectfully submitted,

                           Tracey L. Gaffey, Esq.