

# Federal Defenders
## OF NEW YORK, INC.

Eastern District
Long Island Federal Courthouse
770 Federal Plaza, Central Islip, NY 11722-4422
Tel: (631) 712-6500 Fax: (631) 712-6505

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E D N Y

★ DEC 23 2011 ★

David E. Patton
Executive Director

*Long Island*
Randi L. Chavis
Attorney-in-Charge

LONG ISLAND OFFICE

December 22, 2011

The Honorable Leonard D. Wexler
United States District Court Judge
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

　　　　Re:　United States v. Russel Algaze
　　　　　　　Criminal Docket No. 11 CR 804

Dear Judge Wexler:

I represent Russel Algaze on the above captioned case. Mr. Algaze respectfully requests permission to travel on December 24th thru the 25th from 5:00 p.m. to 3:00 a.m. to spend the Christmas holiday with his family in Brooklyn, New York.

I have spoken to AUSA Raymond Tierney who has no objection to this request.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　Tracey L. Gaffey, Esq.

★ Granted

SO ORDERED.

Dated: Central Islip, N.Y.

　　　　　　　　12/23 2011

　　　　s/ L. D. Wexler
　　　　　Leonard D. Wexler
　　　　　U.S. District Judge