CRIMINAL CAUSE
FOR STATUS CONFERENCE

BEFORE: WEXLER, J.          DATE: MARCH 26, 2012   TIME:   11:00 A.M.

DOCKET #:   CR 11-00804          TOTAL TIME: 1 HR

TITLE:        USA            V.        RUSSELL ALGAZE-03 (BAIL)
        APPEARANCES:

                GOV'T:                RAYMOND TIERNEY, AUSA

                DEFT ALGAZE           TRACEY GAFFEY, ESQ (FD)

                COURT REPORTER:        PERRY AUERBACH

CASE CALLED.

DEFT APPEARS WITH COUNSEL.

STATUS CONFERENCE HELD.

DEFT WAIVED SPEEDY TRIAL.  WAIVER EXECUTED.

BAIL CONTINUED.

CASE ADJOURNED TO MAY 18, 2012 @ 11:00 A.M.  FOR FURTHER

STATUS CONFERENCE.

PROCEEDING CONCLUDED.