# Federal Defenders
## OF NEW YORK, INC.

Eastern District
Long Island Federal Courthouse
770 Federal Plaza, Central Islip, NY 11722
Tel: (631) 712-6500  Fax: (631) 712-6505

---

David E. Patton
*Executive Director*

*Long Island*
Randi L. Chavis
*Attorney-in-Charge*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ MAY 11 2012 ★

LONG ISLAND OFFICE

May 11, 2012

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
Long Island Courthouse Rm. 924
Central Islip, New York 11722

Re:   United States v. Russel Algaze
      Criminal Docket Number 11-804

Dear Judge Bianco:

I represent Russel Algaze on the above captioned case. Mr. Algaze request permission to travel on Sunday, May 13, 2011 to spend Mother's Day with his mother and family in Manhattan, New York. He will be leaving at 4:00 p.m. and returning by midnight.

I have spoken to AUSA Raymond Tierney who has no objection to this request.

Respectfully submitted,

*[signature]*
Tracey L. Eadie Gaffey, Esq.

cc:   Raymond Tierney
      Assistant United States Attorney
      Eastern District of New York

Request granted.

*[signature]*

Dated: May 11, 2012
Central Islip, N.Y.