**CRIMINAL CAUSE**
**FOR STATUS CONFERENCE**

**BEFORE: WEXLER, J.**          **DATE: MAY 18, 2012**          **TIME:   11:00 A.M.**

**DOCKET #:   CR 11-00804**                              **TOTAL TIME: 1 HR**

**TITLE:**      **USA**              **V.**      **MICHAEL MARANDA-01(BAIL)**
                                                         **PAUL GOMEZ-02 (BAIL)**
                                                         **RUSSELL ALGAZE-03 (BAIL)**

          **APPEARANCES:**

               **GOV'T:**                      **RAYMOND TIERNEY, AUSA**

               **DEFT MARANDA**                **TERRENCE BUCKLEY, ESQ (CJA)**

               **DEFT GOMEZ**                  **PATRICK O'CONNELL, ESQ (RET.)**

               **DEFT ALGAZE**                 **TRACEY GAFFEY, ESQ (FD)**

               **COURT REPORTER:**              **PAUL LOMBARDI**

**CASE CALLED.**

**DEFTS APPEAR WITH COUNSEL.**

**CONFERENCE HELD.**

**DEFT WAIVED SPEEDY TRIAL.**

**WAIVER EXECUTED.**

**BAIL CONTINUED.**

**CASE ADJOURNED TO JUNE 28, 2012 @ 11:00 A.M.  FOR FURTHER**

**STATUS CONFERENCE.**

**PROCEEDING CONCLUDED.**