**Federal Defenders**
OF NEW YORK, INC.

Eastern District
Long Island Federal Courthouse
770 Federal Plaza, Central Islip, NY 11722
Tel: (631) 712-6500  Fax: (631) 712-6505

David E. Patton
*Executive Director*

*Long Island*
Randi L. Chavis
*Attorney-in-Charge*

May 29, 2012

The Honorable Leonard D. Wexler
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Russell Algaze
                 Criminal Docket Number 11-804

Dear Judge Wexler:

      I represent Russell Algaze in the above referenced matter. Mr. Algaze was released on November 3, 2011 on a unsecured bond with special conditions, among others, to be supervised by the Pre-Trial Service Agency with electronic monitoring. Since his release Mr. Algaze has complied with all of his Pre-Trial reporting conditions, including drug treatment in the Nassau County Methadone maintenance program. Accordingly, I am requesting a modification of bail conditions to eliminate electronic monitoring as long as Mr. Algaze remains employed, continues drug treatment and testing, and reports to Pre-Trial Services as directed.

      I have spoken to AUSA Raymond Tierney and USPO Arthur Bobyak who have no objection to this request.

                                           Respectfully submitted,

                                           Tracey L. Eadie Gaffey, Esq.

cc:    Raymond Tierney
        Assistant United States Attorney
        Eastern District of New York

        Arthur Bobyak
        Senior Pre-Trial Services Officer
        Eastern District of New York