# Federal Defenders
## OF NEW YORK, INC.

Eastern District
Long Island Federal Courthouse
770 Federal Plaza, Central Islip, NY 11722
Tel: (631) 712-6500  Fax: (631) 712-6505

---

**David E. Patton**
*Executive Director*

*Long Island*
**Randi L. Chavis**
*Attorney-in-Charge*

May 29, 2012

The Honorable Leonard D. Wexler
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★  JUN 04 2012  ★
LONG ISLAND OFFICE

Re:   United States v. Russell Algaze
      Criminal Docket Number 11-804

Dear Judge Wexler:

I represent Russell Algaze in the above referenced matter. Mr. Algaze was released on November 3, 2011 on a unsecured bond with special conditions, among others, to be supervised by the Pre-Trial Service Agency with electronic monitoring. Since his release Mr. Algaze has complied with all of his Pre-Trial reporting conditions, including drug treatment in the Nassau County Methadone maintenance program. Accordingly, I am requesting a modification of bail conditions to eliminate electronic monitoring as long as Mr. Algaze remains employed, continues drug treatment and testing, and reports to Pre-Trial Services as directed.

I have spoken to AUSA Raymond Tierney and USPO Arthur Bobyak who have no objection to this request.

Respectfully submitted,

Tracey L. Eadie Gaffey, Esq.

cc:   Raymond Tierney
      Assistant United States Attorney
      Eastern District of New York

      Arthur Bobyak
      Senior Pre-Trial Services Officer
      Eastern District of New York

SO ORDERED.  GRANTED.
Dated: Central Islip, N.Y.
                6/4  2012
Leonard D. Wexler
U.S. District Judge