CRIMINAL CAUSE
FOR STATUS CONFERENCE

**BEFORE: WEXLER, J.**          **DATE: JUNE 28, 2012**     **TIME:   11:00 A.M.**

**DOCKET #:  CR 11-00804**                **TOTAL TIME: 1 HR**

**TITLE:**        **USA**              **V.**     **MICHAEL MARANDA-01(BAIL)**
                                         **PAUL GOMEZ-02 (BAIL)**
                                         **RUSSELL ALGAZE-03 (BAIL)**

**APPEARANCES:**

           **GOV'T:**              **RAYMOND TIERNEY, AUSA**

           **DEFT MARANDA**        **TERRENCE BUCKLEY, ESQ (CJA)**

           **DEFT GOMEZ**          **PATRICK O'CONNELL, ESQ (RET.)**

           **DEFT ALGAZE**         **TRACEY GAFFEY, ESQ (FD)**

           **COURT REPORTER:**      **PERRY AUERBACH**

CASE CALLED.

DEFTS APPEAR WITH COUNSEL.

CONFERENCE HELD.

DEFT WAIVED SPEEDY TRIAL.

WAIVERS EXECUTED.

BAIL CONTINUED.

CASE ADJOURNED TO JULY 8/23/2012 @ 11:00 A.M.  FOR FURTHER STATUS CONFERENCE.

PROCEEDING CONCLUDED.

BAIL HEARING FOR DEFT MARANDA ON 7/6/2012 @9:30 AM.