**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

June 3, 2012

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*Original Electronically Filed*

Re:   United States of America v. Michael Maranda
      **Criminal Docket No.: 11-CR-804**

Dear Judge Wexler:

On June 28, 2012 you ordered that "home detention" be added to my clients bail conditions. Myself and my client met with pre-trial services that morning and he is permitted to leave his home from 10:00am until 10:00pm daily, only to go to work.

This is to request permission for Mr. Maranda to consult with his therapist every Monday (see attached) and to meet with me at my office as needed.

I have spoken with AUSA Raymond Tierney and he has no objection to this request. It is my further understanding that the bail hearing requested by the Government is no longer necessary and no court appearance is required.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am
Enclosed

# Jacqueline Major, LCSW

psychotherapist

*There's hearing. Then there's listening.*

520 West Broadway, Port Jefferson, NY 11777
email: jmajor2@optonline.net
tel. 631-291-5800
License No. R- 044352

June 28, 2012

Re: Michael Maranda
   DOB: 12/11/77

Dear Probation Officer Arthur Bobyak:

Michael Maranda began treatment with me on 12/26/11. His diagnosis is 309.28 Adjustment Disorder with Mixed Anxiety and Depressed Mood. Mr. Maranda attends individual therapy bi weekly at various times, depending on his work schedule. He also attends weekly group therapy. The groups meets on Monday evenings from 7 to 9 PM.

Mr. Marada initially entered therapy because he had been arrested and was unhappy with the choices he had been making that have negatively impacted his life. He stated he realizes he is impulsive and that he needs to think before he takes action.

Through therapy Mr. Maranda has gained insight into his self-destructive patterns. While his most recent arrest indicates that he is still using poor judgment in his decision making process, he continues to express his desire to explore, understand and work through any issues that are preventing him from functioning in a healthy way.

Mr. Maranda is willing to look at himself and take responsibility for his actions. He appears to be engaged in therapy. He openly shares his experiences and feelings, and is eager to learn, grow and move forward in his life.

I recommend that Mr. Maranda be permitted to continue in therapy, especially the weekly Monday night group he participates in. Through his connections with other group members, he is receiving helpful feedback that enables him to see himself more clearly.

If you need any additional information, please do not hesitate to contact me.


Sincerely,

Jacqueline Major, LCSW