**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

June 3, 2012

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*Original Electronically Filed*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★  JUL - 5 2012  ★
LONG ISLAND OFFICE

Re:   United States of America v. Michael Maranda
      <u>Criminal Docket No.: 11-CR-804</u>

Dear Judge Wexler:

On June 28, 2012 you ordered that "home detention" be added to my clients bail conditions. Myself and my client met with pre-trial services that morning and he is permitted to leave his home from 10:00am until 10:00pm daily, only to go to work.

This is to request permission for Mr. Maranda to consult with his therapist every Monday (see attached) and to meet with me at my office as needed.

I have spoken with AUSA Raymond Tierney and he has no objection to this request. It is my further understanding that the bail hearing requested by the Government is no longer necessary and no court appearance is required.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am
Enclosed

SO ORDERED.
Dated: Central Islip, N.Y.
        7/5            2012

Leonard D. Wexler
U.S. District Judge