**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

August 13, 2012

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*Original Electronically Filed and Faxed*

  Re: **United States of America v. Michael Maranda**
    <u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

  My client, Michael Maranda is currently released on bail with a condition of home detention.

  During the week of August 13, 2012 through August 17, 2012 he needs to go to Suffolk Community College (Selden Campus) to meet with a school counselor, arrange a schedule, and register for classes which hopefully will put him on a new career path.

  This is to request permission for him to do this. I have spoken to AUSA Raymond Tierney and he has no objection to this request.

         Very truly yours,

         *Terrence P. Buckley*
         Terrence P. Buckley, Esq.

TPB/am