**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

August 13, 2012

FILED
US DISTRICT COURT E.D.N.Y
★ AUG 1 4 2012 ★
LONG ISLAND OFFICE

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*Original Electronically Filed and Faxed*

    Re:    **United States of America v. Michael Maranda**
            <u>Docket No.:   11-CR-804</u>

Dear Judge Wexler:

    My client, Michael Maranda is currently released on bail with a condition of home detention.

    During the week of August 13, 2012 through August 17, 2012 he needs to go to Suffolk Community College (Selden Campus) to meet with a school counselor, arrange a schedule, and register for classes which hopefully will put him on a new career path.

    This is to request permission for him to do this. I have spoken to AUSA Raymond Tierney and he has no objection to this request.

    Very truly yours,

    *Terrence P. Buckley*
    Terrence P. Buckley, Esq.

TPB/am

*Granted*
Aug 14, 12

# TERRENCE P. BUCKLEY
## Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

---

## FAX COVER SHEET

---

Fax Number: 631-712-5642

To: Hon. Leonard D. Wexler

Of:

From: U.S. District Court, Eastern District of NY

Matter: USA v. Michael Maranda   Docket No.: 11-CR-804

Date: 8/13/12

Number of Pages:* 1

COMMENTS:

---

*Does not include this cover sheet. This message is intended only for the named recipient. If received in error, please destroy immediately and do not disseminate. This is confidential communication.