# TINARI, O'CONNELL & OSBORN, LLP
## ATTORNEYS AT LAW

Frank A. Tinari
Patrick M. O'Connell
Thomas A. Osborn

Mary Kate Mullen

Angelina Daily
Office Administrator

COURTHOUSE CORPORATE CENTER
320 Carleton Avenue, Suite 6800
Central Islip, New York 11722
(631) 342-8070
Fax: (631) 342-8350

2 Coraci Boulevard, Suite 6
Shirley, New York 11967

Of Counsel
Patrick Henry
Justice, N.Y.S
Supreme Court (Ret.)

Robert J. Curran

August 22, 2012

Honorable Leonard Wexler
United States District Court
Eastern District of New York
Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

       Re: <u>USA v. Paul Gomes</u>
          CR No.: 11-0804
          Next Court Date: August 23, 2012

Dear Judge Wexler:

  I respectfully request the above captioned matter be adjourned to a date convenient to the Court. I am engaged on trial in the matter of <u>Rodriguez-Agron v. Cecere</u> in Suffolk County Supreme Court.

  I have informed AUSA Raymond Tierney of this request. AUSA Tierney has indicated that the Government "consents" with respect to this adjournment.

              Very truly yours,

              Patrick M. O'Connell

POC/kl

c: AUSA Raymond Tierney