**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

September 4, 2012

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*Original Electronically Filed and Faxed*

    Re:    **United States of America v. Michael Maranda**
            <u>**Docket No.: 11-CR-804**</u>

Dear Judge Wexler:

    My client, Michael Maranda is currently released on bail with a condition of home detention.

    This is to request permission for my client to attend classes at the Selden Campus of Suffolk Community College on the days and times indicated on the attached schedule.

    I have spoken with AUSA Raymond Tierney and he has no objection to this request.

                                                  Very truly yours,

                                                  Terrence P. Buckley, Esq.

TPB/am
enclosed

