**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

September 4, 2012

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*Original Electronically Filed and Faxed*

Re: **United States of America v. Michael Maranda**
<u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

My client, Michael Maranda is currently released on bail with a condition of home detention.

This is to request permission for my client Michael Maranda to attend a family reunion at Gurney's Inn Resort Spa & Conference Center located at 290 Old Montauk Highway, Montauk NY 11954 from September 7, 2012 through September 10, 2012.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am
enclosed