**CRIMINAL CAUSE
FOR STATUS CONFERENCE**

**BEFORE: WEXLER, J.**        **DATE: SEPTEMBER 11, 2012**    **TIME:  11:00 A.M.**

**DOCKET #:  CR 11-00804**                    **TOTAL TIME: 1 HR**

**TITLE:**       **USA**            **V.**      **PAUL GOMEZ-02 (BAIL)**
                                                **RUSSELL ALGAZE-03 (BAIL)**

          **APPEARANCES:**

               **GOV'T:**              **RAYMOND TIERNEY, AUSA**

               **DEFT GOMEZ**          **PATRICK O'CONNELL, ESQ (RET.)**

               **DEFT ALGAZE**         **TRACEY GAFFEY, ESQ (FD)**

               **COURT REPORTER:**      **ELLEN COMBS**

**CASE CALLED.**

**DEFTS APPEAR WITH COUNSEL.**

**CONFERENCE HELD.**

**DEFT WAIVED SPEEDY TRIAL.**

**WAIVERS EXECUTED.**

**BAIL CONTINUED.**

**CASE ADJOURNED TO 10/30/2012 @ 11:00 A.M.  FOR FURTHER**

**STATUS CONFERENCE.**

**PROCEEDING CONCLUDED.**