**CRIMINAL CAUSE
FOR STATUS CONFERENCE**

**BEFORE: WEXLER, J.**          **DATE: SEPTEMBER 14, 2012**     **TIME:   11:00 A.M.**

**DOCKET #:   CR 11-00804**                    **TOTAL TIME: 1 HR**

**TITLE:       USA              V.         MICHAEL MARANDA-01(BAIL)**

**APPEARANCES:**

**GOV'T:**                   **RAYMOND TIERNEY, AUSA**

**DEFT MARANDA**             **TERRENCE BUCKLEY, ESQ (CJA)**

**COURT REPORTER:**           **ELLEN COMBS**

**CASE CALLED.**

**DEFT APPEAR WITH COUNSEL.**

**CONFERENCE HELD.**

**DEFT WAIVED SPEEDY TRIAL.**

**WAIVERS EXECUTED.**

**BAIL CONTINUED.**

**CASE ADJOURNED TO 10-30-2012 @ 11:00 A.M.  FOR FURTHER**

**STATUS CONFERENCE.**

**PROCEEDING CONCLUDED.**