**CRIMINAL CAUSE**
**FOR STATUS CONFERENCE**

**BEFORE: WEXLER, J.**          **DATE: DECEMBER 13, 2012**          **TIME:   11:00 A.M.**

**DOCKET #:  CR 11-00804**                    **TOTAL TIME: 1 HR**

**TITLE:**       **USA**           **V.**          **MICHAEL MARANDA-01(BAIL)**
                                                   **PAUL GOMEZ-02 (BAIL)**
                                                   **RUSSELL ALGAZE-03 (BAIL)**

       **APPEARANCES:**

              **GOV'T:**                **RAYMOND TIERNEY, AUSA**

              **DEFT MARANDA**          **TERRENCE BUCKLEY, ESQ (CJA)**

              **DEFT GOMEZ**            **PATRICK O'CONNELL, ESQ (RET.)**

              **DEFT ALGAZE**           **TRACEY GAFFEY, ESQ (FD)**
                                        **BY: TERRENCE BUCKLEY, ESQ**

              **COURT REPORTER:**        **STEPHAINE PICOZZI**

**CASE CALLED.**

**DEFTS APPEAR WITH COUNSEL.**

**CONFERENCE HELD.**

**DEFTS WAIVED SPEEDY TRIAL.**

**WAIVER EXECUTED.**

**BAIL CONTINUED.**

**CASE ADJOURNED TO FEBRUARY 15/2013 @ 11:00 A.M.  FOR FURTHER**

**STATUS CONFERENCE.**

**PROCEEDING CONCLUDED.**