**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

December 28, 2012

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*Original Electronically Filed and Faxed*

Re: **United States of America v. Michael Maranda**
     **Docket No.: 11-CR-804**

Dear Judge Wexler:

My client, Michael Maranda is currently released on bail with a condition of home detention.

This is to request permission for my client Michael Maranda to attend a New Year's Eve party at his brothers house at 38 Oaklawn Ave, Farmingville, NY 11738. He will be returning home by 2:00am on January 1, 2013.

I have spoken with Pre-Trial Services Officer Christina Bourque who takes no position on this request and states that Mr. Maranda has been compliant in all respects.

I have left a voicemail for AUSA Raymond Tierney but have no response.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am