**CRIMINAL CAUSE**
**FOR STATUS CONFERENCE**

**BEFORE: WEXLER, J.**     **DATE: FEBRUARY 15, 2013**     **TIME:  11:00 A.M.**

**DOCKET #:  CR 11-00804**     **TOTAL TIME: 1 HR**

**TITLE:**     **USA**     **V.**     **MICHAEL MARANDA-01(BAIL)**
                                        **PAUL GOMEZ-02 (BAIL)**
                                        **RUSSELL ALGAZE-03 (BAIL)**

**APPEARANCES:**

**GOV'T:**     **RAYMOND TIERNEY, AUSA**
               **THOMAS SULLIVAN, AUSA**

**DEFT MARANDA**     **TERRENCE BUCKLEY, ESQ (CJA)**

**DEFT GOMEZ**     **PATRICK O'CONNELL, ESQ (RET.)**

**DEFT ALGAZE**     **TRACEY GAFFEY, ESQ (FD)**

**COURT REPORTER:**     **OWEN WICKER**

**CASE CALLED.**

**DEFTS APPEAR WITH COUNSEL.**

**CONFERENCE HELD.**

**DEFTS WAIVED SPEEDY TRIAL.**

**WAIVER EXECUTED.**

**BAIL CONTINUED.**

**CASE ADJOURNED TO APRIL 23, 2013 @ 11:00 A.M.  FOR FURTHER STATUS CONFERENCE.**

**PROCEEDING CONCLUDED.**