**CRIMINAL CAUSE**
**FOR STATUS CONFERENCE**

**BEFORE: WEXLER, J.**          **DATE: MARCH 26, 2013   TIME:  11:00 A.M.**

**DOCKET #:  CR 11-00804**          **TOTAL TIME: 1 HR**

**TITLE:**     **USA**       **V.**     **MICHAEL MARANDA-01(BAIL)**
                                        **PAUL GOMEZ-02 (BAIL)**
                                        **RUSSELL ALGAZE-03 (BAIL)**

    **APPEARANCES:**

        **GOV'T:**                **RAYMOND TIERNEY, AUSA**

        **DEFT MARANDA**          **TERRENCE BUCKLEY, ESQ (CJA)**

        **DEFT GOMEZ**            **PATRICK O'CONNELL, ESQ (RET.)**

        **DEFT ALGAZE**           **TRACEY GAFFEY, ESQ (FD)**

        **COURT REPORTER:**       **ELLEN COMBS**

**CASE CALLED.**

**DEFTS MARANDA AND GOMEZ APPEAR WITH COUNSEL.**

**DEFT ALGAZE NOT PRESENT.**

**CONFERENCE HELD.**

**DEFTS WAIVED SPEEDY TRIAL.**

**WAIVER EXECUTED.**

**BAIL CONTINUED.**

**CASE ADJOURNED TO APRIL 23, 2013 @ 11:00 A.M.  FOR FURTHER STATUS CONFERENCE.**

**PROCEEDING CONCLUDED.**