~~SUPREME~~ ~~COUNTY~~ COURT STATE OF NEW YORK
COUNTY OF SUFFOLK

Index No.: 11-35588

------------------------------------------------------------X

UNITED STATES OF AMERICA, -clouthy- :          Judgement by
         Plaintiff                               Confession

: Entered   NOV 16 2011
: At:       3:43 pm

PAUL GOMES,
         Defendants        :

------------------------------------------------------------X

Amount Confessed....................................................................................$100,000.00
                       Total:...............................$100,000.00

STATE OF NEW YORK, COUNTY OF SUFFOLK ATTORNEY'S AFFIRMATION

    The undersigned, attorney at law of the State of NEW YORK, affirms that he is the Assistant United States Attorney for the Eastern District of New York attorney of record for the plaintiff herein and states that the disbursements specified above are correct and true and have been or will be made or occurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: November 14, 2011

                                                 Raymond Tierney, Esq.

    JUDGMENT entered this 16th day of November, 2011.

    On filing the foregoing affidavit of Confession of Judgment made by the defendant herein, sworn to this 14th day of November, 2011.

    NOW, ON MOTION OF, Assistant United States Attorney, attorney for the plaintiff it is:
ADJUDGED that The United States of America plaintiff, residing at: 610 Federal Plaza, Central Islip NY 11722 ~~610 Federal Plaza, Central Islip, New York 11722~~, do recover of: Paul Gomes, defendant, and the property located at 128 Denton Street, Patchogue, New York, 11772, the sum of $100,000.00. With interest of $-0- making a total of $100,000.00 together with $-0- costs and disbursements, amounting in all to the sum of $100,000.00 and that the plaintiff have execution therefor.

**FILED**

NOV 16 2011

                                  Judith A. Pascale
                             ---------------------------------------Clerk

Judith A. Pascale  AFFIDAVIT AND JUDGMENT BY CONFESSION
CLERK OF SUFFOLK COUNTY
Attorney for Plaintiff: The United States of America, Raymond Tierney, AUSA Eastern District of New York

$ 100,000.00

(total)

COUNTY COURT STATE OF NEW YORK
COUNTY OF SUFFOLK
------------------------------------------------------------X
UNITED STATES OF AMERICA,           :     AFFIDAVIT OF
          Plaintiff                          Confession of
                                    :     Judgment
                                    :
PAUL GOMES,                         :
          Defendant                     :
------------------------------------------------------------X

Index No.:

STATE OF NEW YORK, COUNTY OF SUFFOLK     ss.:

*Paul Gomes, being duly sworn, depose and say: deponent is the defendant herein.*

*Defendant hereby confesses judgment herein and authorizes entry thereof against defendant in the sum of $100,000.00. Defendant owns the property located at 128 Denton Street, Patchogue, New York, 11772 and is the sole owner of said property. Defendant authorizes entry of this judgment in the State of New York, County of Suffolk.*

*This confession of judgment is for a debt justly TO BECOME due to the plaintiff arising from the following facts: on November 3, 2011, Paul Gomes, executed a bail bond in the United States District Court for the Eastern District of New York in the amount of $100,000.00 in the matter of United States of America v. Paul Gomes, Complaint No. 11 M 1089 and has executed this affidavit and authorizes the entry of judgment against himself for $100,000.00 to secure the United States in the event that Paul Gomes should breach a condition of his release. This bond is secured by property owned by Paul Gomes located at 128 Denton Street, Patchogue, New York, 11772. Defendant is the sole property owner and as such is fully authorized to offer the property as security for this judgment.*

Sworn to before me this _14th_ day of _November_, 2011 ~~2010~~.

_____
Paul Gomes

_____
Notary Public

ANGELINA DAILY
Notary Public, State of New York
No. 4928433
Qualified in Suffolk County
Commission Expires April 18, 2014