**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

April 19, 2013

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, NY 11722

*VIA FACSIMILE AND ECF*

    Re:    United States of America v. Michael Maranda
            Docket No.: 11-CR-804

Dear Judge Wexler:

    My client, Michael Maranda is currently released on bail with a condition of home detention, requiring him to be home at 6:00pm on weekends.

    Mr. Maranda's finance is currently five months pregnant and his parents want to take him to dinner on Saturday April 20, 2013.

    This is to request that Mr. Maranda's bail condition of "home detention" be expanded to permit him to be outside his home until midnight on April 20, 2013.

    I have spoken with Pre-Trial Services officer Christina Bourque who takes no position on this request and states that Mr. Maranda has been compliant in all respects.

                                            Very truly yours,

                                           Terrence P. Buckley, Esq.

TPB/am