# TINARI, O'CONNELL & OSBORN, LLP
## ATTORNEYS AT LAW

Frank A. Tinari
Patrick M. O'Connell
Thomas A. Osborn

Mary Kate Mullen

Angelina Daily
Office Administrator

COURTHOUSE CORPORATE CENTER
320 Carleton Avenue, Suite 6800
Central Islip, New York 11722
(631) 342-8070
Fax: (631) 342-8350

2 Coraci Boulevard, Suite 6
Shirley, New York 11967

Of Counsel
Patrick Henry
Justice, N.Y.S
Supreme Court (Ret.)

Robert J. Curran

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 23 2013 ★ 

LONG ISLAND OFFICE

March 28, 2013

(By ECF)
Honorable Leonard Wexler
United States District Court
Eastern District of New York
Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

        Re:   **USA v. Paul Gomes**
               CR No.: 11-0804
               Case No.: 11 MJ 1089
               Next Court Date: April 23, 2013

Dear Judge Wexler:

      I respectfully request that this Court remove the defendant's Secured Appearance Bond in the amount of one hundred thousand ($100,000.00) dollars which is secured by his ownership in the home located at 128 Denton Street, Patchogue, New York 11772. A copy of the Secured Appearance Bond, dated November 3, 2011, and approved, with the consent of the Government, by U.S. Magistrate Judge Arlene R. Lindsay, is enclosed herein.

      The basis of this application is that Mr. Gomes's home is about to fall into foreclosure proceeding and he can enter into a "mortgage loan modification" program to reduce his payments. However, the current Secured Appearance Bond has been filed wit the Suffolk County Clerk's Office under Suffolk County Index Number 11-3588, by the United States Attorney's Office and this "lien" on Mr. Gomes's property prevents the "mortgage loan modification" process from going forward. A copy of the filed Confession of Judgment is enclosed.

      Mr. Gomes has made all his court appearances and complied with all the directives of Pre-Trial Services. Mr. Gomes is also scheduled to enter in a plea agreement with the Government on the next scheduled court date. Mr. Gomes is prepared to execute any Personal Recognizance Bond should the Court so desire.

I have informed AUSA Raymond Tierney of this request. AUSA Tierney has indicated that the Government "consents" with respect to this application.

Very truly yours,

*Patrick M. O'Connell*

Patrick M. O'Connell

POC/kl

cc:   AUSA Raymond Tierney

cc:   Paul Gomes
      (Via Regular Mail)

The bond is hereby modified so as to remove the home located at 128 Denton St., Patchogue, N.Y. and shall otherwise remain in effect.

SO ORDERED:

_____
Central Islip, NY
4/23/13