**CRIMINAL CAUSE
FOR STATUS CONFERENCE**

**BEFORE: WEXLER, J.**          **DATE: APRIL 23, 2013**     **TIME:   11:00 A.M.**
                                                              **TOTAL TIME: 10 MINS**

**DOCKET #:  11-CR-0804**
**TITLE:**       **USA**              **V.**          **MICHAEL MARANDA-01(BAIL)**
                                              **PAUL GOMEZ-02 (BAIL)**
                                              **RUSSELL ALGAZE-03 (BAIL)**

    **APPEARANCES:**

        **GOV'T:**                              **RAYMOND TIERNEY, AUSA**

        **DEFT MARANDA**                **TERRENCE BUCKLEY, ESQ (CJA)**

        **DEFT GOMEZ**                    **PATRICK O'CONNELL, ESQ (RET.)**

        **DEFT ALGAZE**                    **TRACEY GAFFEY, ESQ (FD)**

        **COURT REPORTER:**           **PERRY AUERBACH**

**CASE CALLED.**

**DEFTS APPEAR WITH COUNSEL.**

**CONFERENCE HELD.**

**DEFTS WAIVED SPEEDY TRIAL.**

**WAIVER EXECUTED.**

**BAIL CONTINUED AS TO DEFTS MARANDA AND ALGAZE.**

**BAIL CONDITIONS MODIFIED AS TO DEFT GOMEZ. SEE SUBSEQUENT ORDER.**

**CASE ADJOURNED TO JUNE 5, 2013 @ 11:00 A.M.  FOR FURTHER STATUS CONF.**

**PROCEEDING CONCLUDED.**