**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

May 3, 2013

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

Re:   United States of America v. Michael Maranda
      Docket No.: 11-CR-804

Dear Judge Wexler:

My client, Michael Maranda is currently released on bail with a condition of home detention.

Mr. Maranda's finance is currently seven months pregnant and soon to start Lamaze classes which requires his participation. In addition, she works weekends and needs Mr. Maranda to run errands.

This is to request that Mr. Maranda's bail condition of "home detention" be removed until this matter is resolved.

I have spoken with Pre-Trial Services officer Christina Bourque who takes no position on this request and states that Mr. Maranda has been compliant in all respects.

AUSA Raymond Tierney opposes this request.

Very truly yours,

Terrence P. Buckley

Terrence P. Buckley, Esq.

TPB/am