# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888



FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ MAY 22 2013 ★

LONG ISLAND OFFICE

May 22, 2013

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

Re:  United States of America v. Michael Maranda
     Docket No.: 11-CR-804

Dear Judge Wexler:

Since the conference on Mr. Maranda's bail status is scheduled for May 29, 2013 at 11:00am this is to request in the meanwhile that Mr. Maranda be permitted to attend Lamaze classes with his fiancé which would take place on Friday May 24, 2013 from 7:00pm until 11:00pm and Saturday May 25, 2013 from 9:00am until 12:00pm.

Pre-Trial Services officer Christina Bourque takes no position on this request but states Mr. Maranda has always been compliant.

Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am

SO ORDERED.

Dated: Central Islip, N.Y.
       5/22/2013

       s/ Leonard D. Wexler
       U.S. District Judge