# **CRIMINAL CAUSE FOR MOTION CONFERENCE**

**BEFORE:**   Honorable Leonard D. Wexler
**DATE:**     May 29, 2013
**TIME:**     11:15 to 11:20 (5 Mins.)

**DOCKET:**   11-CR-0804 (LDW)(GRB)
**TITLE:**    USA v. Maranda, et al

**APPEARANCES:**
- United States of America
  - Represented by **Raymond Tierney, AUSA**

- **Michael Maranda (deft # 1)**
  - Present
  - On Bond
  - Represented by **Terrence P. Buckley (CJA)**

- Court Reporter:     **Perry Auerbach**

- Courtroom Deputy:   Eric L. Russo

---

✓   Case called.

✓   Defendant appears with counsel.

✓   Conference held.

✓   Defendant's Motion to Modify Conditions of Release (docket entry # 60) is terminated. Defendant to submit revised motion via ECF.

✓   Proceedings concluded.