# **CRIMINAL CAUSE FOR STATUS CONFERENCE**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** June 5, 2013
**TIME:** 11:10 to 11:15, 11:20 to 11:22 (17 Mins.)

**DOCKET:** 11-CR-0804 (LDW)(GRB)
**TITLE:** USA v. Maranda, et al


**APPEARANCES:**
- **Michael Maranda (deft # 1)**
  - Present
  - On Bond
  - Represented by **Terrence P. Buckley (CJA)**

- **Paul Gomes (deft # 2)**
  - Present
  - On Bond
  - Represented by **Patrick O'Connell (Retained)**

- **Russell Algaze (deft # 3)**
  - Present
  - On Bond
  - Represented by **Tracey E. Gaffey (Federal Defender)**


- United States of America
  - Represented by **Raymond A. Tierney, AUSA**


- Court Reporter:   **Mary Ann Steiger**

- Courtroom Deputy:   Eric L. Russo

---------------------------------------------------------------

✓ Case called.

✓ Defendants appear with counsel.

✓ Conference held.

✓ Defendants waived Speedy Trial.

✓ Waiver executed.

✓ Case adjourned to **August 14, 2013 @ 11:00** for further status conference.

✓ Bail continued for all defendants.

✓ Proceedings concluded.