**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

June 7, 2013

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

    Re:    United States of America v. Michael Maranda
             <u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

    This is to memorialize the Courts oral order of May 29, 2013 which continued my client Michael Maranda on "Home Detention" but permitted him to attend all Lamaze classes with his fiancé, and to accompany her to medical appointments once a week. This was on consent of AUSA Raymond Tierney.

                                            Very truly yours,

                                            Terrence P. Buckley, Esq.

TPB/am