# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

June 27, 2013

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

Re: United States of America v. Michael Maranda
Docket No.: 11-CR-804

Dear Judge Wexler:

This is to request that my client, Michael Maranda be excused from Home Detention on July 5th through July 8th since his fiancé is now scheduled to be hospitalized for a c-section on July 5, 2013 (see attached) and she will need him to be available for several days.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am

Case 2:11-cr-00804-LDW   Document 68   Filed 06/27/13   Page 2 of 2 PageID #: 131

## Sick / Maternity Leave Request

**Part 1 (To be completed by employee)**
Note to employee: It is your responsibility to have this form filled out in its entirety—both front and back sides. Your leave request cannot be granted if this form is incomplete.

Name (Please Print): Lori Thompson    S.S. #: 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

**Part 2 (To be completed by physician)**
Our attendance rules require a doctor's statement covering the employee's inability to work. This may also serve as a basis for paying him/her while absent. **BEFORE THIS REQUEST FOR LEAVE WILL BE CONSIDERED, WE MUST HAVE RESPONSES TO ALL INFORMATION REQUESTED BELOW.**

1. Diagnosis: Intrauterine Pregnancy

Diagnosis Code (primary): V22.0    Diagnosis Code (secondary): ___    Diagnosis Code (secondary): ___

Prognosis: good

Course of Treatment: Antepartum and post partum care.

2. Was hospitalization required? Yes ✓  No ___  Indicate Dates: Scheduled c-section 7·8·13
3. Is employee confined to bed, in a cast, or in traction? Yes ___ No ✓
4. Is this illness/injury a permanent disability? Yes ___ No ✓

Month / Day / Year
5. Date of your first treatment for this illness: 11·8·12
6. Date employee became medically disabled for work: 6·21·13
7. Date of next appointment: 6·19·13
8. Date the employee is expected to be medically able to perform usual work (job description available): 9·2·13
9. For pregnancies, enter date of delivery: Estimated ✓  Actual ___  7·11·13

I hereby certify that I am a Licensed Physician, D.D.S., Chiropractor, Podiatrist, and that the above statements are true to the best of my knowledge and belief. (Please circle title)

Date of visit: 6·17·13
Phone: 631·473·7171

Print Name: Jennifer Marshak, MD
Signature: JMarshak
Address: 118 N. Country Rd.
PJ, NY 11777

LR-1)w=S1