# TERRENCE P. BUCKLEY
## Attorney At Law
### 356 Veterans Memorial Highway
### Suite 3
### Commack, New York 11725
### (631) 543-3030 • Facsimile (631) 543-2888

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 27 2013 ★
LONG ISLAND OFFICE

June 27, 2013

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

Re: **United States of America v. Michael Maranda**
    **Docket No.: 11-CR-804**

Dear Judge Wexler:

This is to request that my client, Michael Maranda be excused from Home Detention on July 5th through July 8th since his fiancé is now scheduled to be hospitalized for a c-section on July 5, 2013 (see attached) and she will need him to be available for several days.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am

*approved*

6/27/13

## Sick / Maternity Leave Request

**Part 1 (To be completed by employee)**
Note to employee: It is your responsibility to have this form filled out in its entirety—both front and back sides. Your leave request cannot be granted if this form is incomplete.

Name: Lori Thompson     S.S. #: 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
(Please Print)

**Part 2 (To be completed by physician)**
Our attendance rules require a doctor's statement covering the employee's inability to work. This may also serve as a basis for paying him/her while absent.
**BEFORE THIS REQUEST FOR LEAVE WILL BE CONSIDERED, WE MUST HAVE RESPONSES TO ALL INFORMATION REQUESTED BELOW.**

1. Diagnosis: Intrauterine Pregnancy

   Diagnosis Code: V22.0 (primary)    Diagnosis Code: _____ (secondary)    Diagnosis Code: _____ (secondary)

   Prognosis: good

   Course of Treatment: Antepartum and post partum care

2. Was hospitalization required? Yes ✓ No ___ Indicate Dates: Scheduled c-section 7.5.13
3. Is employee confined to bed, in a cast, or in traction? Yes ___ No ✓
4. Is this illness/injury a permanent disability? Yes ___ No ✓

   Month / Day / Year
5. Date of your first treatment for this illness: 11.5.12
6. Date employee became medically disabled for work: 6.21.13
7. Date of next appointment: 6.19.13
8. Date the employee is expected to be medically able to perform usual work: 9.2.13
   (job description available)
9. For pregnancies, enter date of delivery: Estimated ✓ Actual ___ 7.11.13

I hereby certify that I am a Licensed Physician, D.D.S., Chiropractor, Podiatrist, and that the above statements are true to the best of my knowledge and belief. (Please circle title)

Date of visit: 6.17.13     Print Name: Jennifer Marshak M.D.
Phone: 631.473.7171       Signature: J Marshak
                          Address: 118 D. Country Rd.
                          PJ, NY 11777

# TERRENCE P. BUCKLEY
## Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

---

## FAX COVER SHEET

---

**Fax Number:** 631-712-5642

**To:** Judge Leonard D. Wexler

**Of:** U.S. District Court, Eastern District of NY

**From:** Terrence P. Buckley, Esq.

**Matter:** USA v. Michael Maranda    Docket No.: 11-CR-804

**Date:** 6/27/13

**Number of Pages:*** 1

**COMMENTS:**

---

*Does not include this cover sheet. This message is intended only for the named recipient. If received in error, please destroy immediately and do not disseminate. This is confidential communication.