# TERRENCE P. BUCKLEY

Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

August 5, 2013

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

Re:    **United States of America v. Michael Maranda**
       **Docket No.: 11-CR-804**

Dear Judge Wexler:

This is to request permission for my client, Michael Maranda (who is on home detention) to attend a surprise birthday party for his sister on Saturday August 10, 2013 from 8:00pm until 1:00am.

The surprise birthday party will take place at 38 Oaklawn Ave Farmingdale, New York 11738.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am