# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

August 5, 2013

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
★ AUG 05 2013 ★
LONG ISLAND OFFICE

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

Re: United States of America v. Michael Maranda
Docket No.: 11-CR-804

Dear Judge Wexler:

This is to request permission for my client, Michael Maranda (who is on home detention) to attend a surprise birthday party for his sister on Saturday August 10, 2013 from 8:00pm until 1:00am.

The surprise birthday party will take place at 38 Oaklawn Ave Farmingdale, New York 11738.

Very truly yours,

Terrence P. Buckley

Terrence P. Buckley, Esq.

TPB/am

*Granted*

/s/ Leonard D. Wexler
aug 5, 2013