**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

August 14, 2013

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

    Re:    United States of America v. Michael Maranda
            <u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

    This is to request permission for my client, Michael Maranda (who is on home detention) to attend his uncle's 60th birthday party Saturday August 24, 2013 from 5:00pm until 12:00 midnight at Smiths Point Beach Pavillion in Shirley, NY as well as a wedding on Saturday September 14, 2013 from 5:00pm until 2:00am at East Wind Catering located at 5720 Route 25A, Wading River, NY.

    Thank you for your assistance regarding this matter.

                                   Very truly yours,

                                   Terrence P. Buckley, Esq.

TPB/am