**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ AUG 19 2013 ★

LONG ISLAND OFFICE

August 14, 2013

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

    Re:    **United States of America v. Michael Maranda**
            **Docket No.: 11-CR-804**

Dear Judge Wexler:

    This is to request permission for my client, Michael Maranda (who is on home detention) to attend his uncle's 60th birthday party Saturday August 24, 2013 from 5:00pm until 12:00 midnight at Smiths Point Beach Pavillion in Shirley, NY as well as a wedding on Saturday September 14, 2013 from 5:00pm until 2:00am at East Wind Catering located at 5720 Route 25A, Wading River, NY.

    Thank you for your assistance regarding this matter.

                                                  Very truly yours,

                                                  Terrence P. Buckley, Esq.

TPB/am

> SO ORDERED.
>
> Dated: Central Islip, N.Y.
>
>                         8/19/2013
> - s/ Leonard D. Wexler
>               Leonard D. Wexler
>               U.S. District Judge