# CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** August 21, 2013
**TIME:** 11:15 to 11:20 (5 Mins.)

**DOCKET:** 11-CR-0804 (LDW)(GRB)
**TITLE:** USA v. Maranda, et al

**APPEARANCES:**
- **Michael Maranda (deft # 1)**
  - Present
  - On Bail
  - Represented by **Terrence P. Buckley (CJA)**

- **Paul Gomes (deft # 2)**
  - Present
  - On Bail
  - Represented by **Patrick O'Connell (Retained)**

- **Russell Algaze (deft # 3)**
  - Present
  - On Bail
  - Represented by **Tracey E. Gaffey (Federal Defender)**

- United States of America
  - Represented by **Allen Lee Bode, AUSA**
    For Raymond A. Tierney, AUSA

- Court Reporter:    **Owen Wicker**

- Courtroom Deputy:  Eric L. Russo
---------------------------------------------------------------

✓ Case called.

✓ Defendants appear with counsel.

✓ Conference held.

✓ Defendants waived Speedy Trial; waiver executed.

✓ Case adjourned to **November 5, 2013 at 11:00 AM** for further status conference.

✓ Bail conditions continue for all defendants.

✓ Proceedings concluded.