# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

October 4, 2013

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

Re: **United States of America v. Michael Maranda**
<u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

This is to request permission for my client, Michael Maranda (who is on home detention) to attend his sons Baptism at church on Sunday, October 20, 2013 followed by a dinner party at Porters restaurant in Bellport, NY from 10:30am until 8:00pm.

Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am