**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ OCT 0 4 2013 ★

LONG ISLAND OFFICE

October 4, 2013

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

    Re:    United States of America v. Michael Maranda
             Docket No.: 11-CR-804

Dear Judge Wexler:

    This is to request permission for my client, Michael Maranda (who is on home detention) to attend his sons Baptism at church on Sunday, October 20, 2013 followed by a dinner party at Porters restaurant in Bellport, NY from 10:30am until 8:00pm.

    Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am

Granted. So ORDERED:

s/ Leonard D. Wexler

Central Islip, NY
10/4/13