# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ OCT 24 2013 ★
LONG ISLAND OFFICE

October 23, 2013

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

    Re: United States of America v. Michael Maranda
         Docket No.: 11-CR-804

Dear Judge Wexler:

    This is to request permission for my client, Michael Maranda (who is on home detention) to attend his grandfathers birthday party Saturday, October 26, 2013 from 6:00pm to 12:00am located his a family members house in Smithtown, NY.

    Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am

SO ORDERED.
Dated: Central Islip, N.Y.
       10/24/2013
s/ Leonard D. Wexler
Leonard D. Wexler
U.S. District Judge