# **CRIMINAL CAUSE FOR STATUS CONFERENCE**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** November 5, 2013
**TIME:** 11:30 to 11:35 (5 Mins.)

**DOCKET:** 11-CR-0804 (LDW)(GRB)
**TITLE:** USA v. Maranda, et al

**APPEARANCES:**
- **Michael Maranda (deft # 1)**
  - Present
  - On Bail
  - Represented by **Terrence P. Buckley (CJA)**

- **Paul Gomes (deft # 2)**
  - Present
  - On Bail
  - Represented by **Patrick O'Connell (Retained)**

- **Russell Algaze (deft # 3)**
  - Present
  - On Bail
  - Represented by **Tracey E. Gaffey (Federal Defender)**

- United States of America
  - Represented by **Raymond A. Tierney, AUSA**

- Court Reporter:    **Perry Auerbach**

- Courtroom Deputy:  Eric L. Russo
----------------------------------------------------------------

✓   Case called.

✓   Defendants appear with counsel.

✓   Conference held.

✓   Defendants waived Speedy Trial; waiver executed.

✓   Case adjourned to **December 5, 2013 at 11:00 AM** for further status conference.

✓   Bail conditions continue for all defendants.

✓   Proceedings concluded.