**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

November 15, 2013

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

    Re:    United States of America v. Michael Maranda
             Docket No.: 11-CR-804

Dear Judge Wexler:

    This is to request permission for my client, Michael Maranda (who is on home detention) to visit his fiancés parents at their home address, 29 Woodland Drive, Schenectady, New York 12309. He would arrive Friday, November 29, 2013 in the late afternoon and would return Sunday, December 1, 2013 in the late afternoon.

    This is also to request permission that he able to attend his brothers Christmas party at a restaurant in Massapequa, New York on Saturday December 14, 2013 from 6:00pm to 2:00pm.

    Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am