# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** December 10, 2013
**TIME:** 11:10 to 11:25 (15 Mins.)

**DOCKET:** 11-CR-0804 (LDW)(GRB)
**TITLE:** USA v. Maranda, et al

**APPEARANCES:**
- **Paul Gomes (deft # 2)**
    - Present
    - On Bail
    - Represented by **Patrick O'Connell (Retained)**

- United States of America
    - Represented by **Allen Lee Bode, AUSA**
      For Raymond A. Tierney, AUSA

- Court Reporter:   **Mary Ann Steiger**

- Courtroom Deputy:   Eric L. Russo

----------------------------------------------------------------

✓   Case called.

✓   Defendant appears with counsel.

✓   Defendant sworn.

✓   Defendant informed of his rights.

✓   Defendant withdraws his plea of Not Guilty and enters a plea of **GUILTY** to count one (1) of a single-count **Indictment.**

✓   The Court finds factual basis for the plea and accepts Defendant's plea of guilty.

✓   Defendant and counsel are directed to report to the US Probation Department for the preparation of the Presentence Investigation Report.

✓   Sentence date to be determined.

✓   Defendant's bail conditions continue.

✓   Proceedings concluded.