# TINARI, O'CONNELL & OSBORN, LLP
### ATTORNEYS AT LAW

Frank A. Tinari
Patrick M. O'Connell
Thomas A. Osborn

Mary Kate Mullen

Angelina Daily
Office Administrator

COURTHOUSE CORPORATE CENTER
320 Carleton Avenue, Suite 6800
Central Islip, New York 11722
(631) 342-8070
Fax: (631) 342-8350

2 Coraci Boulevard, Suite 6
Shirley, New York 11967

Of Counsel
Patrick Henry
Justice, N.Y.S
Supreme Court (Ret.)

December 11, 2013

Honorable Leonard Wexler
United States District Court
Eastern District of New York
Alphonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

      Re: <u>USA v. Paul Gomes</u>
         Ind. No. **11CR804**
         **Travel Request**

Dear Judge Wexler:

  My client is requesting permission to travel to Orlando, Florida from January 10, 2014 through January 14, 2014. He will be staying at the home of his sister, Tracy Grubman, at 4149 Belltower Court, Belle Isle, Florida 32812. Her home phone number is (407) 855-2458. Mr. Gomes has received permission from Pre-Trial Services Officer Donna Mackey, (631) 712-6404.

  I have informed AUSA Raymond Tierney of this application and he has no objections.

              Very truly yours,

              Patrick M. O'Connell

POC/kl
cc: AUSA Raymond Tierney