**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

December 20, 2013

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   DEC 20 2013   ★

LONG ISLAND OFFICE

*VIA FACSIMILE AND ECF*

Re:   United States of America v. Michael Maranda
      <u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

This is to request permission for my client, Michael Maranda (who is on home detention) to attend his parents New Years Eve party located at their home in East Patchogue, NY on December 31, 2013 from 6:00pm until 2:00am on January 1, 2014.

Thank you for your assistance regarding this matter.

Very truly yours,

*Terrence P. Buckley*

Terrence P. Buckley, Esq.

TPB/am

SO ORDERED.

Dated: Central Islip, N.Y.

12/20/2013

s/ Leonard D. Wexler