## TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

December 22, 2013

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

Re:    **United States of America v. Michael Maranda**
       **Docket No.: 11-CR-804**

Dear Judge Wexler:

This is to request permission for my client, Michael Maranda (who is on home detention) to attend his sisters going away party at the Oarhouse restaurant located in Patchogue, NY on Saturday January 4, 2014 from 6:00am until 12:00am midnight.

Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am