# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

December 22, 2013

Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 23 2013 ★
LONG ISLAND OFFICE

*VIA FACSIMILE AND ECF*

    Re:   United States of America v. Michael Maranda
           <u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

This is to request permission for my client, Michael Maranda (who is on home detention) to attend his sisters going away party at the Oarhouse restaurant located in Patchogue, NY on Saturday January 4, 2014 from 6:00am until 12:00am midnight.

Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.
@m

12/23/14

TPB/am

# TERRENCE P. BUCKLEY
## Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

---

## FAX COVER SHEET

---

Fax Number: 631-712-5642

To: Judge Leonard D. Wexler

Of: U.S. District Court, Eastern District of NY

From: Terrence P. Buckley, Esq.

Matter: United States of America v. Michael Maranda
　　　　Docket No.: 11-CR-804

Date: 12/22/13

Number of Pages:* 1

COMMENTS:

---

*Does not include this cover sheet. This message is intended only for the named recipient. If received in error, please destroy immediately and do not disseminate. This is confidential communication.