# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

January 14, 2014

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

Re:   United States of America v. Michael Maranda
      <u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

This is to request permission for my client, Michael Maranda (who is on home detention) to attend a family dinner at his aunts house on Friday, January 18, 2014 from 6:00pm until 12:00am. His fiancés brother is visiting from Canada.

Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am