**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ FEB 14 2014 ★

LONG ISLAND OFFICE

February 12, 2014

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

Re: United States of America v. Michael Maranda
<u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

This is to request permission for my client, Michael Maranda (who is on home detention) to receive an extension for time on Saturday February 22, 2014 from 6:00 until 12:00am so he can attend a family party located at his cousins house in East Patchogue.

Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am

SO ORDERED.
Dated: Central Islip, N.Y.
2/14/2014
s/ Leonard D. Wexler
Leonard D. Wexler
U.S. District Judge