**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ FEB 20 2014 ★

LONG ISLAND OFFICE

February 19, 2014

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

    Re:    United States of America v. Michael Maranda
            <u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

    This is to request permission for my client, Michael Maranda (who is on home detention) to attend a family vacation at a rental house located at 68 Treasure Point Road, Bolton Landing, NY 12814 from Friday, July 11, 2014 until Sunday, July 20, 2014

    Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am

SO ORDERED.

Dated: Central Islip, N.Y.

2/20/2014

s/ Leonard D. Wexler

Leonard D. Wexler
U.S. District Judge