# **CRIMINAL CAUSE FOR STATUS CONFERENCE**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** February 25, 2014
**TIME:** 11:25 to 11:30 (5 Mins.)

**DOCKET:** 11-CR-0804 (LDW)(GRB)
**TITLE:** USA v. Maranda, et al


**APPEARANCES:**
- **Russell Algaze (deft # 3)**
  - Present
  - On Bond
  - Represented by **Tracey E. Gaffey (Federal Defender)**

- United States of America
  - Represented by **Raymond A. Tierney, AUSA**


- Court Reporter:      **Harry Rapaport**

- Courtroom Deputy:   Eric L. Russo
---------------------------------------------------------------

✓   Case called.

✓   Defendant appears with counsel.

✓   Conference held.

✓   Defendant waives Speedy Trial; waiver executed.

✓   Case adjourned to **March 10, 2014 at 11:00 AM** for further status conference.

✓   Defendant's bond conditions continue.

✓   Proceedings concluded.