# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

March 24, 2014

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA FACSIMILE AND ECF*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
★ MAR 25 2014 ★
LONG ISLAND OFFICE

    Re:    United States of America v. Michael Maranda
            <u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

    This is to request permission for my client, Michael Maranda (who is on home detention) to exercise at LA Fitness located at 5 Gateway Blvd. in Patchogue, NY 11772. Mr. Maranda's doctor has reportedly advised him to lose weight for health reasons.

    This facility also provides child care Monday-Sunday from 4:00pm-8:00pm. Mr. Maranda would like to exercise with his fiancé while his son receives child care averaging 4-6 days a week between 4:00pm-8:00pm including weekends.

    Thank you for your assistance regarding this matter.

SO ORDERED.
Dated: Central Islip, N.Y.
3/25/20 14
s/ Leonard D. Wexler
Leonard D. Wexler
U.S. District Judge

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am