# **CRIMINAL CAUSE FOR PLEADING**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** March 25, 2014
**TIME:** 12:00 to 12:15 (15 Mins.)

**DOCKET:** 11-CR-0804 (LDW)(GRB)
**TITLE:** USA v. Maranda, et al

**APPEARANCES:**
- **Russell Algaze (deft # 3)**
  - Present
  - On Bond
  - Represented by **Tracey E. Gaffey (Federal Defender)**

- United States of America
  - Represented by **Raymond A. Tierney, AUSA**

- Court Reporter:    **Paul Lombardi**

- Courtroom Deputy:  Eric L. Russo
-----------------------------------------------------------------

✓   Case called.

✓   Defendant appears with counsel.

✓   Defendant sworn.

✓   Defendant informed of his rights.

✓   Defendant withdraws his plea of Not Guilty and enters a plea of **GUILTY** to count one (1) of a single-count **Indictment**.

✓   The Court finds factual basis for the plea and accepts Defendant's plea of guilty.

✓   Defendant and counsel are directed to report to the US Probation Department for the preparation of the Presentence Investigation Report.

✓   Sentence date to be determined.

✓   Defendant's bond conditions continue.

✓   Proceedings concluded.