**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

March 31, 2014

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA ECF*

    Re:    United States of America v. Michael Maranda
              <u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

    My client, Michael Maranda is currently on home detention. His grandmother recently passed away. This is to request his hours be extended on Thursday April 3, 2014 and Friday, April 5, 2014 from 7:00am until 12:00am so he can attend his grandmother's wake, funeral service and burial.

    He is also requesting to attend a family gathering after the wake on Thursday and attend a dinner reservation at a restaurant in Commack after the burial on Friday afternoon.

    Thank you for your assistance regarding this matter.

                                              Very truly yours,

                                              Terrence P. Buckley, Esq.

TPB/am