# CRIMINAL CAUSE FOR PLEADING

**BEFORE:**  Honorable Leonard D. Wexler
**DATE:**    April 10, 2014
**TIME:**    11:40 to 11:55 (15 Mins.)

**DOCKET:**  11-CR-0804 (LDW)(GRB)
**TITLE:**   USA v. Maranda, et al

**APPEARANCES:**
- **Michael Maranda (deft # 1)**
  - Present
  - On Bond
  - Represented by **Terrence P. Buckley (Retained)**

- United States of America
  - Represented by **Raymond A. Tierney, AUSA**

- Court Reporter:     **Raymond Tierney**

- Courtroom Deputy:   Eric L. Russo

--------------------------------------------------------------

✓   Case called.

✓   Defendant appears with counsel.

✓   Defendant waived Speedy Trial; waiver executed.

✓   Defendant sworn.

✓   Defendant informed of his rights.

✓   Defendant withdraws his plea of Not Guilty and enters a plea
    of **GUILTY** to count one (1) of a single-count **Indictment**.

✓   The Court finds factual basis for the plea and accepts
    Defendant's plea of guilty.

✓   Defendant and counsel are directed to report to the US
    Probation Department for the preparation of the Presentence
    Investigation Report.

✓   Sentence date to be determined.

✓   Defendant's Motion to Modify Conditions of Release is hereby **GRANTED**. The defendant is hereby release from home detention. He must report to Pre-Trial Services once a week, via telephone; personal appearance is not mandatory. Travel is restricted to the Eastern and Southern districts of New York. All other bond conditions continue.

✓   Proceedings concluded.