**TERRENCE P. BUCKLEY**
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   APR 24 2014   ★

LONG ISLAND OFFICE

April 18, 2014

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*VIA ECF*

Re:   United States of America v. Michael Maranda
      Docket No.: 11-CR-804

Dear Judge Wexler:

Currently Mr. Maranda's Pre-Trial Supervision requires that he report by telephone once a week and his travel is restricted to the Eastern and Southern District of New York. This is to request that Your Honor expand his travel to include the Northern District of New York since he must travel to Lake George, NY several times in the near future.

Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am

SO ORDERED.

Dated: Central Islip, N.Y.

4/24/2014

s/ Leonard D. Wexler

Leonard D. Wexler
U.S. District Judge