# **CRIMINAL CAUSE FOR SENTENCING**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** June 10, 2014
**TIME:** 2:50 to 3:00 (10 Mins.)

**DOCKET:** 11-CR-0804 (LDW)(GRB)
**TITLE:** USA v. Maranda, et al


**APPEARANCES:**
- **Paul Gomes (deft # 2)**
    - Present
    - On Bond
    - Represented by **Patrick O'Connell (Retained)**

- United States of America
    - Represented by **Raymond A. Tierney, AUSA**

- Court Reporter:     **Perry Auerbach**

- Courtroom Deputy:   Eric L. Russo
---------------------------------------------------------------

✓   Case called.

✓   On consent of all parties, Sentencing is hereby adjourned to **June 12, 2017 at 11:00 AM**.

✓   Defendant is hereby released on own recognizance. Previous reporting requirements to the US Probation Department and/or Pre Trial Services hereby removed.

✓   Proceedings concluded.