| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Eastern District<br>Long Island Federal Courthouse<br>770 Federal Plaza, Central Islip, NY 11722<br>Tel: (631) 712-6500  Fax: (631) 712-6505 |

| | |
|---|---|
| **David E. Patton**<br>*Executive Director* | *Long Island*<br>Randi L. Chavis<br>*Attorney-in-Charge* |

July 31, 2014

The Honorable Leonard D. Wexler
United States District Judge
Eastern District of New York
Long Island Courthouse Rm. 924
Central Islip, New York 11722

    **Re:  United States v. Russel Algaze**
         **Criminal Docket Number 11-804** (LDW)

Dear Judge Wexler:

    I represent Russel Algaze on the above captioned case scheduled for sentencing on August 5, 2014.  I am requesting an adjournment as I need additional time to submit a sentencing memorandum.  AUSA Raymond Tierney has no objection to this request.

                                  Respectfully submitted,

                                  *Tracey L. Eadie Gaffey*

                                  Tracey L. Eadie Gaffey, Esq.

cc:   Raymond Tierney
       Assistant United States Attorney
       Eastern District of New York