# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

August 13, 2014

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*Original Electronically Filed*

    Re:    **United States of America v. Michael Maranda**
             **Docket No.: 11-CR-804**

Dear Judge Wexler:

    I write this on behalf of my client Michael Maranda and to clarify certain statements in the Presentence Report. At Paragraph 67 of the report, it should be noted that after Mr. Maranda's conviction for "sale of exotic fish" he was sentenced to probation and was compliant with the terms of probation in all respects.

    Probation's reference to a 2012 operation of a "chop shop" is inaccurate. I represented Mr. Maranda on this state charge and he pled guilty to "attempted unregistered vehicle dismantler" a misdemeanor. He simply did not have the proper paper work to dismantle motorcycles and sell the parts.

    At paragraph 68, the Presentence Report makes reference to a downward departure for family circumstances, and I urge Your Honor to consider the letters I have enclosed from Mr. Maranda's family and therapist which indicate a major change in his behavior.

    Because of this change, and the fact that he is now a responsible husband and father, I respectfully request that Your Honor give Mr. Maranda the opportunity to prove himself by adjourning his sentence for several years with the understanding that if he stays out of trouble, he will be sentenced to probation.

It should be noted that while this case was pending Mr. Maranda was on home detention for almost two years and was compliant in all respects.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am
enclosed

2