# CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** August 14, 2014
**TIME:** 11:25 to 11:45 (20 Mins.)

**DOCKET:** 11-CR-0804 (LDW)(GRB)
**TITLE:** USA v. Maranda, et al

**APPEARANCES:**
- **Michael Maranda (deft # 1)**
  - Present
  - On Bond
  - Represented by **Terrence P. Buckley (Retained)**

- United States of America
  - Represented by **Raymond A. Tierney, AUSA**

- Court Reporter: **Paul Lombardi**

- Courtroom Deputy: Eric L. Russo

-----------------------------------------------------------------

✓ Case called.

✓ Defendant sentenced on count one (1) single count **Indictment.**

✓ IMPRISONMENT: **One (1) year and one (1) day.**

✓ SUPERVISED RELEASE: **Three (3) years.**

✓ SPECIAL ASSESSMENT: **$100.00, due immediately.**

✓ No fines or restitution have been ordered.

✓ Defendant **waived** his right to appeal.

✓ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 PM on **February 16, 2015**. Defendant and counsel are directed to report to the US Marshal Service for processing.

✓ The court makes the following recommendation to the Bureau of Prisons: That the defendant be housed in FCI Otisville, Otisville, New York.

✓ Proceedings concluded.