# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

September 11, 2014

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*DELIVERED VIA FACSIMILE AND ECF*

Re:   United States of America v. Michael Maranda
      **Docket No.: 11-CR-804**

Dear Judge Wexler:

This is to request permission for my client, Michael Maranda (who is on home detention) to visit his sister in Chicago, Illinois with his wife and parents from October 3, 2014 through October 6, 2014.

He would travel on a direct flight from New York to Illinois and stay at his sisters house located at 1545 Oxley Court, Wheeling, IL 60090.

Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am