# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

September 17, 2014

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

*DELIVERED VIA FACSIMILE AND ECF*

Re: **United States of America v. Michael Maranda**
<u>Docket No.: 11-CR-804</u>

Dear Judge Wexler:

My client, Michael Maranda is currently released on bail with a condition of home detention. I submitted a letter on September 11, 2014 requesting permission for Mr. Maranda to travel to Chicago, Illinois to visit his sister with his wife and parents.

Mr. Maranda adjusted his travel dates to accommodate his father and would like to now travel from October 17, 2014 through October 19, 2014. He would travel on a direct flight from New York to Illinois and stay at his sisters house located at 1545 Oxley Court, Wheeling, IL 60090.

Thank you for your assistance regarding this matter.

Very truly yours,

Terrence P. Buckley, Esq.

TPB/am