# **CRIMINAL CAUSE FOR SENTENCING**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** September 23, 2014
**TIME:** 11:55 to 12:00, 12:10 to 12:15 (10 Mins.)

**DOCKET:** 11-CR-0804 (LDW)(GRB)
**TITLE:** USA v. Maranda, et al

**APPEARANCES:**
- **Russell Algaze (deft # 3)**
    - Present
    - On Bond
    - Represented by **Tracey E. Gaffey (Federal Defender)**

- United States of America
    - Represented by **Raymond A. Tierney, AUSA**

- Court Reporter:    **Owen Wicker**

- Courtroom Deputy:  Eric L. Russo

---

✓   Case called.

✓   On consent of all parties, Sentencing is hereby adjourned to **September 23, 2016 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

✓   Defendant is hereby released on own recognizance. Previous reporting requirements to the US Probation Department and/or Pre Trial Services are hereby removed.

✓   Proceedings concluded.