# TINARI, O'CONNELL & OSBORN, LLP
## ATTORNEYS AT LAW

Frank A. Tinari
Patrick M. O'Connell
Thomas A. Osborn

Mary Kate Mullen

Angelina Daily
Office Administrator

COURTHOUSE CORPORATE CENTER
320 Carleton Avenue, Suite 6800
Central Islip, New York 11722
(631) 342-8070
Fax: (631) 342-8350

2 Coraci Boulevard, Suite 6
Shirley, New York 11967

Of Counsel
Patrick Henry
Justice, N.Y.S
Supreme Court (Ret.)

November 6, 2014

Honorable Leonard D. Wexler
Senior Judge of the U.S. District Court
United States District Court
Eastern District of New York
Alphonse M. D'Amato Federal Courthouse
Central Islip, NY 11722-4438

        Re:    **USA v. Paul Gomes**
                CR No.: 11-0804
                Next Court Date: 6/12/17
                Travel Request

Dear Judge Wexler:

      My client is requesting permission to travel to the Dominican Republic, December 18, 2014 – December 21, 2014 for the purpose of his co-worker's wedding. He will be staying at The "Breathese" Hotel in Punta Cana.

      Mr. Gomes is also requesting permission to have Pre-Trial Service "release" his passport so he may utilize it on this trip. Mr. Gomes had voluntarily surrendered his passport as part of his Bail Package.

      I have informed AUSA Raymond Tierney of this application and all contact information for Mr. Gomes trip and have received the consent of Mr. Tierney as well as of Pre-Trial Service Officer Donna Mackey.

                                                    Very truly yours,

                                                   Patrick M. O'Connell

cc:    AUSA Raymond Tierney