# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

January, 23, 2015

Judge Leonard D. Wexler
Long island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

DELIVERED VIA FACSIMILE AND ECF

Re: United States of America v. Michael Maranda
Docket No.: 11-CR-804

Dear Judge Wexler:

On August 14, 2014 Michael Maranda was sentenced by Your Honor and given a surrender date of February 15, 2015.

It has taken Mr. Maranda more time than expected to get his business and family affairs in order and thus we respectfully request that his surrender date be adjourned until August 14, 2015.

The government takes no position on this request.

Very truly yours,

Terrance P. Buckley, Esq.

TPB/ci