# **CRIMINAL CAUSE FOR SENTENCING**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** September 30, 2016
**TIME:** 11:15 to 11:20 (5 Mins.)

**DOCKET:** 11-CR-0804 (LDW)(GRB)
**TITLE:** USA v. Maranda, et al

**APPEARANCES:**
- **Russell Algaze (deft # 3)**
  - Present
  - On Bond
  - Represented by **Tracey E. Gaffey (Federal Defender)**

- United States of America
  - Represented by **Allen Lee Bode, AUSA**
          For Raymond A. Tierney, AUSA

- Court Reporter:   **Paul Lombardi**

- Courtroom Deputy:   Eric L. Russo
----------------------------------------------------------------

✓   Case called.

✓   Defendant sentenced on count one (1) of the single count **Indictment.**

✓   PROBATION: **Three (3) years.**

✓   SPECIAL ASSESSMENT: **$100.00, due immediately.**

✓   No fines or Restitution have been ordered.

✓   Defendant **waived** his right to appeal.

✓   Defendant and counsel directed to report to the US Probation Department for processing.

✓   Proceedings concluded.