# CRIMINAL CAUSE FOR ARRAIGNMENT
## (Violation of Probation)

**BEFORE**:   Honorable Leonard D. Wexler
**DATE**:     April 13, 2017
**TIME**:     1:50 to 2:00 (10 Mins.)

**DOCKET**:   11-CR-0804 (LDW)(GRB)
**TITLE**:    USA v. Maranda, et al

**APPEARANCES**:
- **Russell Algaze (deft # 3)**
    - Present
    - In Custody
    - Represented by **Tracey E. Gaffey (Federal Defender)**

- **United States of America**
    - Represented by **Raymond A. Tierney (AUSA)**

- Probation: **Kelly Devine**

- Court Reporter: **M. Steiger**

- Courtroom Deputy: E. Russo

_____

- Case called.

- Initial appearance of the defendant.

- Defendant arraigned on the **Violation of Probation Report** filed in this action on 3/22/2017 (DE [144]).

- Defendant enters a plea of **NOT GUILTY** to charges one (1) and two (2) of the two (2) charge report.

- Status conference set for **June 13, 2017 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

- Order of Detention executed.

- Proceedings concluded.