# CRIMINAL CAUSE FOR PLEADING
## (Violation of Probation)

**BEFORE:**  Honorable Leonard D. Wexler
**DATE:**    May 11, 2017
**TIME:**    11:45 to 11:55 (10 Mins.)

**DOCKET:**  11-CR-0804 (LDW)(GRB)
**TITLE:**   USA v. Maranda, et al

**APPEARANCES:**
- **Russell Algaze (deft # 3)**
    - Present
    - In Custody
    - Represented by **Tracey E. Gaffey (Federal Defender)**

- **United States of America**
    - Represented by **Raymond A. Tierney** (AUSA)

- Probation: **Kelly Devine**

- Court Reporter: **D. Tursi**

- Courtroom Deputy: E. Russo

___

- Case called.

- Defendant sworn.

- Defendant withdraws his plea of Not Guilty and enters a plea of **GUILTY** to charge one (1) of the two (2) charge **Violation of Probation Report** filed in this action on 3/22/2017 (DE [141]).

- On consent of all parties, the defendant is to be admitted to an in-patient drug treatment program on **May 15, 2017**. The defendant is to be produced by the US Marshal Services on that day to be transported to the facility from the courthouse by a representative from the Federal Defenders.

- If necessary, a status conference will be held on **September 12, 2017 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

- Defendant remanded to the custody of the US Marshal Service.

- Proceedings concluded.