# **CRIMINAL CAUSE FOR SENTENCING**

**BEFORE**:    Honorable Leonard D. Wexler
**DATE**:      June 12, 2017
**TIME**:      1:35 to 1:40 (5 Mins.)

**DOCKET**:    11-CR-0804 (LDW)(GRB)
**TITLE**:     USA v. Maranda, et al

**APPEARANCES**:
- **Paul Gomes (deft # 2)**
    - Present
    - Released on Own Recognizance
    - Represented by **Patrick M. O'Connell (Retained)**

- **United States of America**
    - Represented by **Raymond A. Tierney (AUSA)**

- Court Reporter: **M. Steiger**

- Courtroom Deputy: E. Russo
_____

- Case called.

- Defendant sentenced on count one (1) of the single count **Indictment**.

- IMPRISONMENT: **Time Served**.

- The Court does not impose a term of Supervised Release

- SPECIAL ASSESSMENT: **$100.00**, due immediately.

- No fines or Restitution have been ordered.

- Defendant **advised of** his right to appeal.

- Proceedings concluded.