# CRIMINAL CAUSE FOR STATUS CONFERENCE
## (Violation of Probation)

**BEFORE:**   Honorable Leonard D. Wexler
**DATE:**     11/14/2017
**TIME:**     11:25 to 11:35 (10 Mins.)

**DOCKET:**   11-CR-0804 (LDW)(GRB)
**TITLE:**    USA v. Maranda, et al

**APPEARANCES:**
- **Russell Algaze (deft # 3)**
    - Present
    - On Bond
    - Represented by **Tracey E. Gaffey (Federal Defender)**

- **United States of America**
    - Represented by **Raymond A. Tierney (AUSA)**

- Probation: **Kelly Devine**

- Court Reporter: **Perry Auerbach**

- Courtroom Deputy: ELR

_____

- Case called.

- Further status conference set for **5/14/2018 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

- Defendant's current supervision conditions continue.