

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RAT:ku
F# 2017R00750

*610 Federal Plaza*
*Central Islip, New York 11722*

May 15, 2018

<u>By ECF and Courtesy Copy by Interoffice Mail</u>

The Honorable Denis R. Hurley
United States District Court Eastern
District of New York
934 Federal Plaza
Central Islip, New York 11722

>    Re:   United States v. Russell Algaze
>          <u>Criminal Docket No. 11-804 (DRH)</u>

Dear Judge Hurley:

      With the consent of defense counsel and the Probation Department, the government respectfully requests that the Status Conference scheduled for May 16, 2018 be adjourned to June 19, 2018 at 10:30 a.m. Thank you.

>    Respectfully submitted,
>
>    RICHARD P. DONOGHUE
>    Acting United States Attorney

By:     /s/               
      Raymond A. Tierney
      Assistant U.S. Attorney
      (631) 715-7849

cc:   Tracey L. Gaffey, Esq.
      Kelly Devine, U.S. Probation Department