

U.S. Department of Justice

United States Attorney
Eastern District of New York

RAT:ku
F# 2017R00750

610 Federal Plaza
Central Islip, New York 11722

May 15, 2018

<u>By ECF and Courtesy Copy by Interoffice Mail</u>

The Honorable Denis R. Hurley
United States District Court Eastern
District of New York
934 Federal Plaza
Central Islip, New York 11722

        Re:    <u>United States v. Russell Algaze</u>
                 <u>Criminal Docket No. 11-804 (DRH)</u>

Dear Judge Hurley:

      With the consent of defense counsel and the Probation Department, the government respectfully requests that the Status Conference scheduled for May 16, 2018 be adjourned to June 19, 2018 at 10:30 a.m.

      I am currently engaged on trial before Judge Azrack in <u>United States v. Mangano, et al.</u>, 16-CR-547 (S-1). Accordingly, I am respectfully requesting the adjournment of this Status Conference so that I will be able to attend once the <u>Mangano</u> trial has concluded. Thank you.

                                    Respectfully submitted,

                                    RICHARD P. DONOGHUE
                                    Acting United States Attorney

                By:    /s/
                                    Raymond A. Tierney
                                    Assistant U.S. Attorney
                                    (631) 715-7849

cc:    Tracey L. Gaffey, Esq.
        Kelly Devine, U.S. Probation Department