

U.S. Department of Justice

United States Attorney
Eastern District of New York

RAT:ku
F# 2017R00750

610 Federal Plaza
Central Islip, New York 11722

May 15, 2018

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 15 2018   ★

LONG ISLAND OFFICE

By ECF and Courtesy Copy by Interoffice Mail

The Honorable Denis R. Hurley
United States District Court Eastern
District of New York
934 Federal Plaza
Central Islip, New York 11722

Re:   United States v. Russell Algaze
      Criminal Docket No. 11-804 (DRH)

Dear Judge Hurley:

With the consent of defense counsel and the Probation Department, the government respectfully requests that the Status Conference scheduled for May 16, 2018 be adjourned to June 19, 2018 at 10:30 a.m.

I am currently engaged on trial before Judge Azrack in United States v. Mangano, et al., 16-CR-547 (S-1). Accordingly, I am respectfully requesting the adjournment of this Status Conference so that I will be able to attend once the Mangano trial has concluded. Thank you.

Respectfully submitted,

RICHARD P. DONOGHUE
Acting United States Attorney

By:   /s/
Raymond A. Tierney
Assistant U.S. Attorney
(631) 715-7849

Application Granted

SO ORDERED.

Date: Central Islip, N.Y.

May 15, 2018

S/ Denis R. Hurley
Denis R. Hurley
U.S. District Judge

cc:   Tracey L. Gaffey, Esq.
      Kelly Devine, U.S. Probation Department