## SENTENCE ON VIOLATION OF PROBATION

BEFORE JUDGE: HURLEY, J.   DATE: JUNE 19, 2018
     TIME: 10:30- 10:45 AM

DOCKET NUMBER: CR-11-00804   TITLE: USA  V. MARANDA

DEFT. NAME: RUSSELL ALGAZE     DFT. #:   3
SUMMONS
        X  PRESENT  - ON SUPERVISED RELEASE
          ATTY FOR DEFT.: TRACEY GAFFEY
                     X PRESENT,   NOT PRESENT

A.U.S.A.: RAYMOND TIERNEY
DEPUTY CLERK: LISA LUNDY

COURT REPORTER(S) OR ESR OPERATOR: MARYANN STEIGER
INTERPRETER(S):
PROBATION OFFICER: KELLY DEVINE


 CASE CALLED FOR SENTENCE. SENTENCE ONE YEAR PROBATION TO
 CONTINUE UNTIL HIS ORIGINAL PROBATION EXPIRATION DATE OF
SEPTEMBER 2019 AND THE PREVIOUS SPECIAL CONDITIONS SHALL
REMAIN THE SAME AS TO CHARGE INE OF THE VIOLATION REPORT DATED
3/17/2017.
 CHARGE 2 IS DISMISSED ON THE GOVERNMENT'S MOTION.
 THE DEFENDANT IS ADVISED AS TO THE RIGHT TO APPEAL.